IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PERFORMANCE FORD, INC., a North Carolina Corporation, ) ) ) Plaintiff, ) ) v. ) ) DAVID GLENN VINSON JR., jointly, severally ) and individually, LAST CHANCE LOANS, ) LLC, a North Carolina Limited Liability ) Company, and D&R AUTO SALES, INC., a ) North Carolina Corporation, ) ) Defendants. ) | Case No. 5:17-cv-00361-FL |

### ENTRY OF DEFAULT as to
### DEFENDANT DAVID GLENN VINSON JR. and LAST CHANCE LOANS, LLC

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it appears from the record in the above-captioned action that the Summons and Verified Complaint have been served upon Defendant David Glenn Vinson, Jr. ("**Defendant Vinson**") and Defendant Last Chance Loans, LLC ("**Defendant LCL**") on July 24, 2017. (Dkt. Nos. 11 and 12). It further appears that both Defendant Vinson and Defendant LCL have failed to appear or otherwise defend in this action within twenty-one (21) days after service was effected upon each of them, as directed in said Summons and as provided in Fed. R.Civ.P. 12(a)(1)(A). Defendant Vinson and Defendant LCL are each therefore in default.

Dated this 11th day of October, 2017.

_____
Clerk of Court