UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PERFORMANCE FORD, INC., ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | No. 5:17-CV-361-FL |
| DAVID GLENN VINSON, JR. ) | |
| and LAST CHANCE LOANS, LLC ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 2, 2019, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted in part and denied in part. The court awards plaintiff damages in the amount of $135,576.00, which is trebled for a total award of damages in the amount of $406,728.00 against Defendants, David Glenn Vinson, Jr and Last Chance Loans, LLC, as to plaintiff's UDTPA claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court denies plaintiff's motion for damages as to all other claims against defendants to prevent duplicative recovery. The court denies plaintiff's request for equitable relief for failure to prove irreparable injury and inadequacy of remedies.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court awards $21,787.50 in attorney's fees for legal services provided by Mark Ishman, $1,875.00 in attorney's fees for legal services provided by Shawn Mercer and $4,020.81 in costs, all to be paid by defendants for plaintiff's request for reasonable attorney's fees under the UDTPA.

**This Judgment Filed and Entered on January 2, 2019, and Copies To:**
Mark W. Ishman (via CM/ECF Notice of Electronic Filing)

January 2, 2019                         PETER A. MOORE, JR., CLERK
                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk